776

No. 267. VILAS v. IOWA STATE BOARD OF ASSESSMENT AND REVIEW ET AL. November 8, 1937.

No. 285. ROLAND TO USE OF SHICK ET AL. v. ALBRIGHT ET AL. November 8, 1937.

No. 298. U. S. EX REL. SOCIETE DE CONDENSATION ET D'APPLICATIONS MECANIQUES v. COE, COMMISSIONER OF PATENTS. November 8, 1937.

No. 308. FIDELITY & COLUMBIA TRUST CO., TRUSTEE, v. HELVERING, COMMISSIONER OF INTERNAL REVENUE. November 8, 1937.

No. 309. McGRATH v. HELVERING, COMMISSIONER OF INTERNAL REVENUE. November 8, 1937.

No. 310. LOUISVILLE TRUST CO. ET AL. v. HELVERING, COMMISSIONER OF INTERNAL REVENUE. November 8, 1937.

No. 311. FIDELITY & COLUMBIA TRUST CO., TRUSTEE, v. HELVERING, COMMISSIONER OF INTERNAL REVENUE. November 8, 1937.

No. 336. PURMAN v. SMITH. November 8, 1937.

No. 341. COUCHE v. LOUISIANA. November 8, 1937.

No. 345. ANDERSON v. ODISHO. November 8, 1937.